UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON C. TUREM

    Plaintiff,

v.                                    CASE NO. 3:23-cv-349-MMH-JBT

U.S. SOCIAL SECURITY
ADMINISTRATION, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*, i.e., on its own motion. A review of the docket reveals that Plaintiff filed a "Notice of Intent to Initiate Litigation for Freedom of Information Act Violations." ("Notice") (Doc. 1). For the reasons stated herein, the Notice will be **STRICKEN without prejudice** to Plaintiff filing a complaint at an appropriate time in a new case.[1] The Clerk of Court will be directed to terminate any pending motions and close the file.

Plaintiff states that he filed the Notice as a "common courtesy" to the prospective defendants "before just simply filing suit." (Doc. 1 at 3.) However, Federal Rule of Civil Procedure 3 states that "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Plaintiff has not filed a complaint.

---

[1] The Court is not at this time ruling on whether such a complaint would state a claim or whether an accompanying motion to proceed *in forma pauperis* would be granted.

Moreover, it is clear from the Notice that Plaintiff did not intend to file a lawsuit at this time. Therefore, no civil action has been commenced.

Further, Federal Rule of Civil Procedure 7(a) states: "Only these pleadings are allowed: (1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) if the court orders one, a reply to an answer." Fed. R. Civ. P. 7(a). The Notice is none of these things. Therefore, it is due to be stricken.

Accordingly, it is **ORDERED**:

1. The Notice (**Doc. 1**) is **STRICKEN without prejudice** to Plaintiff filing a complaint at an appropriate time in a new case.

2. The Clerk of Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on May 26, 2023.

*/s/ Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

*Pro se* Plaintiff

2